SHARON L. ANDERSON (SBN 94814)
County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:   (925) 335-1800
Facsimile:    (925) 335-1866
Electronic Mail: cameron.baker@cc.cccounty.us

Attorneys for Defendant
CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONI DROUIN,<br><br>            Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT AND JOHN AND JANE DOES NUMBERS 1 THROUGH 10, (Sheriff's Correctional Officers), in their official and individual capacities<br><br>            Defendants. | No. C15-003694 KAW<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br><br>Crtrm:  4, 3rd Floor<br>Judge:  Kandis A. Westmore, Presiding<br>Date Action  Filed: August 12, 2015<br>Trial Date:    None Assigned |

  Plaintiff Toni Drouin and defendant Contra Costa County Sheriff's Department, by and through their counsel of record, hereby stipulate as follows:

  The initial Case Management Conference ("CMC") is currently set for November 10, 2015, which is before the November 19, 2015 hearing date on the pending motion to dismiss filed by defendant.

To enable the parties to adequately prepare their joint CMC Staement, the parties request that the Court continue the initial CMC until 1:30 p.m. on December 15, 2015.

DATED: November 2, 2015          SHARON L. ANDERSON
                                 COUNTY COUNSEL


                                 By:    /s/    D. Cameron Baker
                                        D. CAMERON BAKER
                                        Deputy County Counsel
                                        Attorneys for Defendant
                                        CONTRA COSTA COUNTY SHERIFF'S
                                        DEPARTMENT

DATED: November 2, 2015          By:    /s/    Mark W. Kelsey
                                        MARK W. KELSEY
                                        Attorney for Plaintiff
                                        TONI DROUIN


### [~~PROPOSED~~] ORDER

Pursuant to the stipulation of both parties, the Court ORDERS that the initial Case Management Conference currently scheduled for November 10, 2015, be continued to December 15, 2015 at 1:30 p.m., with the associated deadlines continued accordingly.

IT IS SO ORDERED.

DATED:   11/2/15          By:    _Kandis Westmore_
                                 HON. KANDIS A. WESTMORE
                                 United States Magistrate Judge