SHARON L. ANDERSON (SBN 94814)
County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:  (925) 335-1800
Facsimile:   (925) 335-1866
Electronic Mail: cameron.baker@cc.cccounty.us

Attorneys for Defendant
CONTRA COSTA COUNTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONI DROUIN,<br><br>            Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT AND JOHN AND JANE DOES NUMBERS 1 THROUGH 10, (Sheriff's Correctional Officers), in their official and individual capacities<br><br>            Defendants. | No. C15-003694 KAW<br><br>STIPULATION AND [PROPOSED] ORDER RE SERVICE OF SUMMONS AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br>(AS MODIFIED BY THE COURT)<br><br>Crtrm:  4, 3rd Floor<br>Judge:  Kandis A. Westmore, Presiding<br>Date Action   Filed: August 12, 2015<br>Trial Date:    None Assigned |

Plaintiff Toni Drouin and defendant Contra Costa County ("County"), by and through their counsel of record, hereby stipulate as follows:

1. In the First Amended Complaint, Plaintiff named the County as a defendant. Plaintiff has not yet served the County with a summons pursuant to Federal Rule of Civil

Stipulation and [Proposed] Order Re Service of Summons and Continuing Initial Case Management Conference - Case No. C15-003694 KAW

1

1  Procedure 4.  The County agrees to waive service of summons as of today.  The parties agree
2  that service of the summons on the County shall be deemed complete as of today and that the
3  County's responsive pleading is due on December 29, 2015.
4      2.    The initial Case Management Conference ("CMC") is currently set for
5  December 15, 2015, with a case management conference statement to be filed today.  The
6  parties request that the Court continue the initial Case Management Conference to December
7  22, 2015, with a case management conference statement to be filed December 15, 2015.

DATED: December 8, 2015    SHARON L. ANDERSON
    COUNTY COUNSEL

    By:    /s/    D. Cameron Baker
    D. CAMERON BAKER
    Deputy County Counsel
    Attorneys for Defendant
    CONTRA COSTA COUNTY

DATED: December 8, 2015    By:    /s/    Mark W. Kelsey
    MARK W. KELSEY
    Attorney for Plaintiff
    TONI DROUIN

### [PROPOSED] ORDER

Pursuant to the stipulation of both parties, the Court ORDERS that the initial Case Management Conference currently scheduled for December 15, 2015, be continued to January 19, 2016 ~~December 22, 2015~~ at 1:30 p.m., with the associated deadlines continued accordingly.

IT IS SO ORDERED.

DATED: 12/09/15    By: _____
    HON. KANDIS A. WESTMORE
    United States Magistrate Judge

Stipulation and [Proposed] Order Re Service of Summons and Continuing Initial Case Management Conference - Case No. C15-003694 KAW

2