SHARON L. ANDERSON (SBN 94814)
County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:   (925) 335-1800
Facsimile:    (925) 335-1866
Electronic Mail: cameron.baker@cc.cccounty.us

Attorneys for Defendant
CONTRA COSTA COUNTY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONI DROUIN,<br><br>             Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY AND JOHN AND JANE DOES NUMBERS 1 THROUGH 10, (Sheriff's Correctional Officers), in their official and individual capacities<br><br>             Defendants. | No. C15-003694 KAW<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION<br><br>Crtrm:  4, 3rd Floor<br>Judge:  Kandis A. Westmore, Presiding<br>Date Action   Filed:  August 12, 2015<br>Trial Date:     None Assigned |

Plaintiff Toni Drouin and defendant Contra Costa County, by and through their counsel of record, hereby stipulate as follows:

The current date to complete the Early Neutral Evaluation is January 19, 2016.  The parties held a telephone conference on January 11, 2016 with the assigned evaluator, Christopher Johns, and have scheduled the Early Neutral Evaluation for February 26, 2016,

which will enable the parties to conduct preliminary discovery prior to the Early Neutral Evaluation.  The parties, therefore, stipulate to, and request, that the Court extend the date to complete the Early Neutral Evaluation until March 1, 2016.

DATED: January 15, 2016          SHARON L. ANDERSON
                                 COUNTY COUNSEL


                                 By:    /s/    D. Cameron Baker
                                        D. CAMERON BAKER
                                        Deputy County Counsel
                                        Attorneys for Defendant
                                        CONTRA COSTA COUNTY

DATED: January 15, 2016          By:    /s/    Mark W. Kelsey
                                        MARK W. KELSEY
                                        Attorney for Plaintiff
                                        TONI DROUIN


### [~~PROPOSED~~] ORDER

Pursuant to the stipulation of both parties, the Court ORDERS that the date to complete the Early Neutral Evaluation is continued to March 1, 2016.

   IT IS SO ORDERED.

DATED:  1/14/16              By:   _____
                                   HON. KANDIS A. WESTMORE
                                   United States Magistrate Judge

Stipulation and [Proposed] Order Continuing Deadline to Complete Early Neutral Evaluation - Case No. C15-003694 KAW

2