1  SHARON L. ANDERSON (SBN 94814)
   County Counsel
2  D. CAMERON BAKER (SBN 154432)
3  Deputy County Counsel
   COUNTY OF CONTRA COSTA
4  651 Pine Street, Ninth Floor
5  Martinez, California 94553
   Telephone:   (925) 335-1800
6  Facsimile:    (925) 335-1866
7  Electronic Mail: cameron.baker@cc.cccounty.us

8  Attorneys for Defendant
   CONTRA COSTA COUNTY
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TONI DROUIN,                                                                                                                                                  | No. C15-003694 KAW                                                                                                                              |
|---|---|
| Plaintiff,                                                                                                                                                    | JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |
| v.                                                                                                                                                            |                                                                                                                                                 |
| CONTRA COSTA COUNTY AND JOHN AND JANE DOES NUMBERS 1 THROUGH 10, (Sheriff's Correctional Officers), in their official and individual capacities  Defendants. | Crtrm:  4, 3rd Floor<br>Judge:  Kandis A. Westmore, Presiding<br>Date Action Filed:  August 12, 2015<br>Trial Date:  None Assigned |

   Plaintiff Toni Drouin and defendant Contra Costa County, by and through their counsel of record, hereby stipulate as follows:

   The initial Case Management Conference ("CMC") is currently scheduled to be heard before the Court on March 8, 2016.

Joint Stipulation and [Proposed] Order Continuing Initial Case Management Conference - Case No. C15-003694 KAW

1

Due to a conflict in Mr. Baker's schedule, the parties request that the Court continue the initial CMC until 1:30 p.m. on March 22, 2016, or another date that is convenient to the Court.

DATED: February 26, 2016        SHARON L. ANDERSON
                                COUNTY COUNSEL


                                By:   */s/    D. Cameron Baker*
                                      D. CAMERON BAKER
                                      Deputy County Counsel
                                      Attorneys for Defendant
                                      CONTRA COSTA COUNTY


DATED: February 26, 2016        By:   */s/    Mark W. Kelsey*
                                      MARK W. KELSEY
                                      Attorney for Plaintiff
                                      TONI DROUIN


## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of both parties, the Court ORDERS that the initial Case Management Conference currently scheduled for March 8, 2016, be continued to March 22, 2016 at 1:30 p.m., with the associated deadlines continued accordingly.

IT IS SO ORDERED.

DATED: 2/26/16            By:   _____
                                HON. KANDIS A. WESTMORE
                                United States Magistrate Judge