SHARON L. ANDERSON (SBN 94814)
County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Electronic Mail: cameron.baker@cc.cccounty.us

Attorneys for Defendant
CONTRA COSTA COUNTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONI DROUIN,<br><br>Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY AND <s>DEPUTY GEIST</s>, DEPUTY RODRIQUEZ, NURSE MARIA SKALLET, NURSE BRENDA BALDWIN, NURSE JOUNG SOON PARK, AND NURSE LIBRADA BACALZO (in their official and individual capacities),<br><br>Defendants. | No. C15-003694 KAW<br><br>STIPULATION AND [<s>PROPOSED</s>] ORDER RE CASE MANAGEMENT CONFERENCE<br><br>Crtrm: 4, 3rd Floor<br>Hon. Kandis A. Westmore, Presiding<br>Date Action Filed: August 12, 2015<br>Trial Date: October 23, 2017 |

Whereas, the Court previously scheduled a Case Management Conference for May 23, 2017 at 1:30 p.m.;

Whereas, defendants Christina Rodriguez and Librada Bacalzo have filed a motion to dismiss the allegations against them, which motion is scheduled to be heard on June 1, 2017, at 11:00 a.m.; and

Whereas, Mr. Kelsey, counsel for Ms. Drouin, is unavailable due to trial and other matters from June 12 through June 26, inclusive,

Therefore, the parties agree to request that the Court re-set the Case Management Conference to June 1, 2017 at 11:00 a.m., June 27, 2017 at 1:30 p.m., or at some later date and time convenient to the Court with the parties to file a joint case management conference statement one week prior to the CMC date.

DATED: May 10, 2017　　　　　　SHARON L. ANDERSON
　　　　　　　　　　　　　　　　COUNTY COUNSEL


By:   */s/  D. Cameron Baker*
　　　D. CAMERON BAKER
　　　Deputy County Counsel
　　　Attorneys for Defendant
　　　CONTRA COSTA COUNTY


DATED: May 11, 2017　　　　　　LAW OFFICES OF MARK W. KELSEY

By:   */s/  Mark W. Kelsey*
　　　MARK W. KELSEY
　　　Attorney for Plaintiff
　　　TONI DROUIN

STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE - Case No. C15-003694 KAW

2

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | **ORDER** |
| 4 | Pursuant to the Stipulation between the parties, and there being good cause, the Court |
| 5 | hereby sets a Case Management Conference for __July 11, 2017__ with the parties to |
| 6 | file a joint case management conference statement one week prior to that date. |
| 7 | |
| 8 | **IT IS SO ORDERED.** |
| 9 | |
| 10 | Dated: 5/11/17                    _Kandis Westmore_ |
| | HON. KANDIS A. WESTMORE |
| 11 | United States Magistrate Judge |